Erik Estavillo
3284 Cortese Circle
San Jose, CA. 95127
(408) 593-1226
webbbnet@aol.com

# UNITED STATE DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

FILED
AUG 09 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK ESTAVILLO,<br><br>Plaintiff,<br><br>vs.<br><br>SENATOR DAVE CORTESE, COUNTRY CLUB VILLA APARTMENTS<br><br>Defendants. | CASE NO.<br><br>C 23 04032<br><br>VKD |

## Jurisdiction

1. This court has jurisdiction over this lawsuit because it arises under the laws of California and the plaintiff and defendants are located in California of which all of the acts and grievances against the plaintiff have occurred, within the County of Santa Clara.

## Venue

2. Venue is appropriate in the Downtown Superior Court because both the plaintiff and the defendants are located in California and all of the acts and omissions giving rise to this lawsuit occurred here. Furthermore, it is under California State Statute/Law that one or more of the claims against the defendants are based.

## Intradistrict Assignment

3. This lawsuit should be assigned to the Santa Clara County Division of the Court because all events or omissions occurred to the plaintiff within Santa Clara County.

## Parties

4. Erik Estavillo, 43, has been a permanently disabled resident at the Country Club Villa Apartments for the past 20 years and lives at the same apartment with his father, 80, who was a marine that served in the Vietnam war, and his mother 70. He suffers from a number of debilitating conditions which include Crohn's Disease, Depression, Obsessive Compulsive Disorder, and Panic Disorder, which is all verifiable through Kaiser Permanente medical records.

5. The Country Club Villa Apartments is a, as they describe it on their website, "Nestled in a quiet country setting at the base of San Jose's East Foothills, Country Club Villa Apartments offer the perfect lifestyle filled with plenty of outdoor fun. Whether you enjoy hiking the foothills to mountain biking, family picnics to golfing, Country Club Villa Apartments is near it all. Enjoy the natural splendor of life at Country Club Villa with spacious living and landscape just inside city limits. The 313 unit property features, 1, 2 and 3 bedroom apartments perfect for both individuals and the entire family. The landmark windmill at the center of the complex will have you looking up, while beautifully greenscaped areas throughout the property grounds surround you.

6. David Dominic Cortese is an elected official from San Jose, California. He is currently serving the California State Senate, representing District 15, which encompasses a majority of Santa Clara County. He and his family own the Country Club

Villa Apartments, along with the surrounding land which includes a shopping mall known as Country Club Villa Shopping in San Jose, California.

## Summary

7. The Plaintiff purchased a new vehicle, a 2023 Honda Cr-V from Capitol Honda in San Jose. He then went to the office at Country Club Villa Apartments to receive a parking sticker so that he could begin parking on the property, near his apartment.

8. Bianca, the community manager, informed him that only two vehicles at a time can park on the property. And that having a third vehicle was "illegal" and had to park outside of the property, either across the street, in the visitor section (which only contains 12 spots for nearly 1000 residents), or the plaintiff could park at the Bank of America around the corner on Cortese family owned property. The plaintiff obliged.

9. The plaintiff began parking his new car in the visitor section, but since there often were very few spots open there, he sometimes would park at the Bank of America around the corner. This went well for both parties for about 4 days.

10. However on the fifth day the Security Supervisor for Country Club Villa Apartments, Steve Havilla, began ticketing the vehicle for not leaving the premises by 8:30am, despite the vehicle having a disabled handicap placard. The plaintiff asked the office for the person who had ticketed his vehicle despite it having a handicap placard. The plaintiff then went back to his car and began recording other cars to see if they had been ticketed as well – they had not. When Mr. Havilla came out of the office he escalated the situation as can be seen on video, (which will be submitted as evidence). Mr. Havilla argued with the plaintiff for 30 minutes about the policies and

that the plaintiff being disabled did not matter whatsoever.

11. To deescalate the situation. Mr. Estavillo asked Mr. Havilla for them both to meet with Property Manager Tricia Morse. However Mr. Havilla refused and left the office. The plaintiff then asked Ms. Morse if he could keep recording and she said, "No" so the plaintiff turned off his camera as can be seen in the video. Ms. Morse then informed the plaintiff to write a letter if he wished to either be given a third parking sticker so he could park on the premises near his apartment or if he could be exempted and allowed to park in the visitor zone near his apartment without threat of tow.

12. Despite the plaintiff writing the letter, (which has been attached to this complaint as evidence), Property Manager Ms. Morse never responded to the disabled plaintiff's pleas for a third parking sticker to park near his apartment or if he would be allowed to park in visitor parking without further harassment of him and his new vehicle. As a result of constant ticketing, threat of tow, and harassment by Security Supervisor Steve Havilla, the plaintiff had no other recourse than to reluctantly file this lawsuit.

13. Tricia Morse later left a voicemail stating she had talked to Dave Cortese and an attorney and that the plaintiff was no longer allowed to enter the main office or get within 10 feet of any personnel, despite her never filing a restraining order of any type, and that only the plaintiff's father would be able to talk on his behalf regarding any matters involving his car and his apartment. The voicemail will be submitted as evidence.

## Claims/Law Violation

14. The policies of Country Club Villa Apartments violate not just the Federal American with Disabilities Act (a separate federal lawsuit is already being filed as well) but they also violate Californian law which states that any violation of the *ADA* Title III and is considered a civil rights violation and subject to a minimum statutory penalty of $4,000, plus attorney's fees because California has already set its own accessibility requirements in the California Building Code which this court has jurisdiction over.

## Conclusions

15. Country Club Villa Apartments and Senator Dave Cortese have a horrible and racist public record in treating their residents without dignity and respect. There are only 3-5 black residents in the approx. 300 apartment building complex which holds over 1000 residents in full. All the other residents identify as non-black.

16. Dave Cortese and manager Tricia Morse allowed the San Jose Giants baseball team to live rent free in the apartment complex for months, to the detriment of the neighboring residents. Loud parties were often thrown and were ignored by security and Tricia Morse. Noise complaints were made. None of this seemed to matter as Dave Cortese and Tricia Morse seem to make up the "policies" as they go and however and whenever they see fit. (Evidence will be submitted at trial of this).

17. Only four subpoenas are planned to be served throughout the case - for Dave Cortese, Tricia Morse, Steve Havilla, and Bianca "Doe" the Country Club Community Manager.









country club villa apartments san jose
Maps Images For rent Prices Reviews News Shopping Videos Books
All filters Tools
About 4,910,000 results (0.51 seconds)
Results for Toyon, San Jose, CA · Choose area
Places
Rating
Hours
Country Club Villa Apartments
2.0 ★★★★★ (25) · Apartment building
3246 Cortese Cir · (408) 729-5173
Closed · Opens 8:45 AM Tue
"Most underrated apartment !!"
Website
Directions
Country Club Villa
4.0 ★★★★★ (1) · Villa
3460 McKee Rd · (408) 729-5173
Closed · Opens 9 AM Tue
Website
Directions
La Plaza Mark
Country Club Villa Apartments
https://www.countryclubvilla.net
Country Club Villa | Apartments in San Jose, CA
Enjoy the natural splendor of life at Country Club Villa with spacious living and landscape just inside city limits. The 313 unit property features, 1, 2 and 3 ...
Floor Plans · Contact Us · Photos · Community
You've visited this page 2 times. Last visit: 6/12/23
Apartments.com
https://www.apartments.com › CA › San Jose
Country Club Villa - 3246 Cortese Cir, San Jose, CA
Nestled in a quiet country setting at the base of San Jose's East Foothills, Country Club Villa Apartments offer the perfect lifestyle filled with plenty of ...
★★★★★ Rating: 4 · 4 votes
Country Club Villa Apartments
2.0 ★★★★★ (25) · Apartment building in San Jose, California
Website
Directions
Save
Call
Overview
Reviews
Google review summary
5
4
3
2
1
2.0
★★★★★
25 reviews
Write a review
Google reviews
All
security 7
leasing 6
car 6
clean 3

## Request for Relief

Plaintiff respectfully prays for a judgment against Defendants for:

i. $10 million in punitive damages and accrued fines. The plaintiff has suffered damages as a result of Defendants' conduct, including, but not limited to, emotional distress, inconvenience, and lost wages.

ii. A declaration that Defendants' policy of not allowing disabled residents to park in designated handicapped parking spaces is in violation of the ADA;

iii. An Injunction prohibiting Defendants from enforcing this policy;

iv. Additional damages in an amount to be determined at trial;

v. Costs of suit; and

vi. Such other and further relief as the Court may deem just and equitable.

/s/ *Erik Estavillo*