Clear Form

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Erik Estavillo )
)
)
Plaintiff, ) CASE NO. 23 04032
)
vs. ) **APPLICATION TO PROCEED**
Dave Cortese & Country Club Villa ) **IN FORMA PAUPERIS**
Apartments ) **(Non-prisoner cases only)**
)
Defendant. )

FILED AUG 09 2023 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

VKD

I, Erik Estavillo _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?  Yes ___  No ✔

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 and wages per month which you received.

2 _____

3 _____

4 _____

5  2. Have you received, within the past twelve (12) months, any money from any of the

6 following sources:

7   a. Business, Profession or          Yes ____ No ✔

8      self employment?

9   b. Income from stocks, bonds,       Yes ____ No ✔

10     or royalties?

11  c. Rent payments?                   Yes ____ No ✔

12  d. Pensions, annuities, or          Yes ____ No ✔

13     life insurance payments?

14  e. Federal or State welfare payments, Yes ✔ No ____

15     Social Security or other govern-

16     ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount

18 received from each.

19 SSA 880.00 and SSI 137.07 _____

20 _____

21  3. Are you married?                 Yes ____ No ✔

22 Spouse's Full Name: _____

23 Spouse's Place of Employment: _____

24 Spouse's Monthly Salary, Wages or Income:

25 Gross $_____ Net $_____

26  4. a. List amount you contribute to your spouse's support:$ _____

27     b. List the persons other than your spouse who are dependent upon you for support

28        and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -


children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

_____

_____

5. Do you own or are you buying a home? Yes ___ No ✔

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile? Yes ✔ No ___

Make Honda    Year 2010    Model Civic

Is it financed? Yes ___ No ✔ If so, Total due: $_____

Monthly Payment: $_____

7. Do you have a bank account? Yes ✔ No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: Bank of America

3491 McKee Rd, San Jose, CA 95127

Present balance(s): $ 1000

Do you own any cash? Yes ___ No ✔ Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)    Yes ___ No ✔

_____

8. What are your monthly expenses?

Rent: $ 500    Utilities: 175

Food: $ 200    Clothing: 100

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| Capital one | $ | $ 2000 |
| Best Egg | $ | $ 2250 |
| Mission Lane | $ | $ 572.80 |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

No

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✔ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

Erik Estavillo vs Dave Cortes & Country Club Villa Apartments, case 23cv417418

Superior Court Santa Clara County Superior Court - Downtown

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_____          _____
DATE                                  SIGNATURE OF APPLICANT

- 4 -