UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIK ESTAVILLO,<br><br>            Plaintiff,<br><br>      v.<br><br>DAVE CORTESE, et al.,<br><br>            Defendants. | Case No.  23-cv-04032-VKD<br><br>**INTERIM ORDER RE APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 3 |

Erik Estavillo, who is representing himself in this matter, has filed a complaint along with an application for leave to proceed in forma pauperis ("IFP"). Dkt. Nos. 1, 3. IFP applications must be signed by the applicant under penalty of perjury. The Court cannot properly evaluate the pending IFP application because Mr. Estavillo has not signed or dated his application. *See* Dkt. No. 3. Accordingly, Mr. Estavillo is requested to file a signed and dated IFP application by **August 29, 2023**.

**IT IS SO ORDERED.**

Dated: August 14, 2023

VIRGINIA K. DEMARCHI
United States Magistrate Judge