# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Erik Estavillo

        Plaintiff,

vs.

Dave Cortese & Country Club Villa Apartments

        Defendant.

CASE NO. 23 04032

**APPLICATION TO PROCEED IN FORMA PAUPERIS**
(Non-prisoner cases only)

I, Erik Estavillo, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?      Yes ___ No ✔

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 and wages per month which you received.

2 _____

3 _____

4 _____

5 2. Have you received, within the past twelve (12) months, any money from any of the

6 following sources:

| | | | |
|---|---|---|---|
| | a. | Business, Profession or self employment? | Yes ___ No ✔ |
| | b. | Income from stocks, bonds, or royalties? | Yes ___ No ✔ |
| | c. | Rent payments? | Yes ___ No ✔ |
| | d. | Pensions, annuities, or life insurance payments? | Yes ___ No ✔ |
| | e. | Federal or State welfare payments, Social Security or other government source? | Yes ✔ No ___ |

17 If the answer is "yes" to any of the above, describe each source of money and state the amount

18 received from each.

19 SSA 880.00 and SSI 137.07

20 _____

21 3. Are you married? Yes ___ No ✔

22 Spouse's Full Name: _____

23 Spouse's Place of Employment: _____

24 Spouse's Monthly Salary, Wages or Income:

25 Gross $_____ Net $_____

26 4. a. List amount you contribute to your spouse's support:$ _____

27   b. List the persons other than your spouse who are dependent upon you for support

28      and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

| | |
|---|---|
| 1 | children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.) |
| 2 | _____ |
| 3 | _____ |
| 4 | 5. Do you own or are you buying a home? Yes ___ No ✔ |
| 5 | Estimated Market Value: $_____ Amount of Mortgage: $_____ |
| 6 | 6. Do you own an automobile? Yes ✔ No ___ |
| 7 | Make Honda _____ Year 2010 _____ Model Civic _____ |
| 8 | Is it financed? Yes ___ No ✔ If so, Total due: $ _____ |
| 9 | Monthly Payment: $ _____ |
| 10 | 7. Do you have a bank account? Yes ✔ No ___ (Do not include account numbers.) |
| 11 | Name(s) and address(es) of bank: Bank of America |
| 12 | 3491 McKee Rd, San Jose, CA 95127 |
| 13 | Present balance(s): $ 1000 |
| 14 | Do you own any cash? Yes ___ No ✔ Amount: $ _____ |
| 15 | Do you have any other assets? (If "yes," provide a description of each asset and its estimated |
| 16 | market value.) Yes ___ No ✔ |
| 17 | _____ |
| 18 | 8. What are your monthly expenses? |
| 19 | Rent: $ 500 _____ Utilities: 175 |
| 20 | Food: $ 200 _____ Clothing: 100 |
| 21 | Charge Accounts: |

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| Capital one | $ _____ | $ 2000 |
| Best Egg | $ _____ | $ 2250 |
| Mission Lane | $ _____ | $ 572.80 |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

No

- 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✔ No ____

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

Erik Estavillo vs Dave Cortes & Country Club Villa Apartments, case 23cv417418

Superior Court Santa Clara County Superior Court - Downtown

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

8/16/23                             [signature]
DATE                                SIGNATURE OF APPLICANT