1  Your name: Erik Estavillo
2  Address: 3284 Cortese Circle
3  San Jose, CA. 95127
4  Phone Number: 408-593-1226
5  E-mail Address: webbbnet@aol.com
6  Pro se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☐ San Francisco ☐ Oakland ☑ San Jose ☐ Eureka

Erik Estavillo
                           )  Case Number: 5:23-cv-04032-VKD
                           )  [Name] Erik Estavillo
         Plaintiff,        )
                           )  **NOTICE OF CHANGE OF** [check box]:
         vs.               )
                           )     ☑ **ADDRESS**
Senator Dave Cortese & Country Club )     ☐ **PHONE NUMBER**
                           )     ☐ **EMAIL**
Villa Apartments           )
                           )  **Judge:** Hon. VIRGINIA K. DEMARCHI
         Defendant.        )

As of [date of change] 08/17/2023,
my contact information has changed [check box and fill in]:

☑ Address: 14707 Huckleberry Dr
          Bakersfield, CA. 93314

☐ Phone number: _____

☐ Email: _____

Date: 8/21/2023          Signature: [signature]
                          Printed name: Erik Estavillo
                          Pro Se

NOTICE OF CHANGE OF CONTACT INFORMATION
CASE NO. 5:23-cv-04032-VKD ; PAGE 1 OF 1 [*JDC TEMPLATE Rev.6/2017*]