AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | ) |
|---|---|
| ERIK ESTAVILLO | ) |
| *Plaintiff(s)* | ) |
| v. | ) Case No. 23-cv-04032-VKD |
| | ) |
| DAVE CORTESE, et al. | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Senator Dave Cortese
2105 S. Bascom Avenue Suite 154
Campbell, CA 95008

Country Club Villa Apartments
3246 Cortese Cir,
San Jose, CA 95127

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Erik Estavillo, I
14707 Huckleberry Dr.
Bakersfield, CA 93314
408-593-1226

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Mark B.Busby*

Date: August 22, 2023

*Signature of Clerk or Deputy Clerk*