**U.S. Department of Justice**
United States Marshals Service

**FILED**
KP
SEP 22 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | Case number: |
|---|---|
| Erik Estavillo, I | 5:23-cv-04032-VKD |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Senator Dave Cortese | ***See below*** |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Senator Dave Cortese
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2105 S. Bascom Avenue, Suite 154 Campbell, CA 95008

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Erik Estavillo, I
14707 Huckleberry Dr.
Bakersfield, CA 93314
408-593-1226

| | |
|---|---|
| Number of process to be served with this Form 28 | 3 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

***Summons, Complaint and Docket No. 7 ***

Signature of Attorney other Originator requesting service on behalf of:
Mark B. Busby
Angel N.J.
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 510-637-3535
DATE: 8/22/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 | No. 11 | No. 11 | | 08/30/2023 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
SUZANNE WHEATON - DISTRICT COORDINATOR

☒ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
SEE ABOVE

Date: 9/21/23    Time: 4:20   ☐ am  ☒ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | 0 | $0.00 |

REMARKS: 1st endeavor - 09/15/2023 1710 subject was not there. Told to come back in 1 hour.
2nd ENDEAVOR - SERVED TO SUZANN WHEATON

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00