1  **Spencer Fane LLP**
   Servando Sandoval (State Bar No. 205339)
2  Ssandoval@spencerfane.com
   225 West Santa Clara Street
3  Suite 1500
   San Jose, California 95113
4  Telephone:   408.286.5100
   Facsimile:    408.286.5722
5
   Attorneys for Defendants
6  DAVE CORTESE AND COUNTRY CLUB VILLA
   APARTMENTS
7
                    **UNITED STATES DISTRICT COURT**
8
                    **NORTHERN DISTRICT OF CALIFORNIA**
9
                            **SAN JOSE DIVISION**
10

11 | ERIK ESTAVILLO, | Case No. C2:304032-VKD |
12 | Plaintiff, | **PROPOSED ORDER GRANTING MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
13 | v. | |
14 | SENATOR DAVE CORTESE, COUNTRY CLUB VILLA APARTMENTS, | Date: November 28, 2023
Time: 10:00 a.m. |
15 | | Courtroom: 2, 5th Floor
Judge: Magistrate Virginia K. Demarchi |
16 | Defendants. | |

17    Defendants DAVE CORTESE AND COUNTRY CLUB VILLA APARTMENTS Motion

18 to Dismiss Plaintiff's Complaint came on for hearing on November 28, 2023, in Courtroom 2,

19 5th Floor, before the Magistrate Judge Virginia K. Demarchi of the U.S. District Court of

20 Northern California located at 280 South First Street, San Jose, CA.

21    Upon review and consideration of the Motion to Dismiss, and all papers and evidence

22 submitted in support thereof, and good cause appearing therefore,

23 **IT IS HEREBY ORDERED THAT**:

24    Defendant's Motion to Dismiss Plaintiff's Complaint is GRANTED.

25 **IT IS SO ORDERED AND ADJUDGED**.

26
   Dated: _____         _____
27                                        Judge of Superior Court

28

Spencer Fane LLP
Attorneys at Law
San Jose

- 1 -

**PROPOSED ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**
SJ 1707706.1