Erik Estavillo
3284 Cortese Circle
San Jose, CA. 95127
(408) 593-1226
webbbnet@aol.com

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK ESTAVILLO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SENATOR DAVE CORTESE, COUNTRY CLUB VILLA APARTMENTS<br><br>　　　　Defendants. | CASE NO. 5:23-cv-04032-VKD<br><br>Plaintiff's Response to Defendants' Motion to Dismiss Complaint<br><br>Judge: Hon. Virginia K. Demarchi |

　　Plaintiff herein submits his Response to Defendants' motion to dismiss complaint.

　　1.　　The Defendants' main argument for dismissal is that an identical lawsuit was filed in State Court. Not true. The complaint in state court has very similar wording, but isn't identical. The variations include the fact the plaintiff is asking the state court for California STATE remedies and not FEDERAL remedies. In the state filed complaint the plaintiff states, "The policies of Country Club Villa Apartments violate not just the Federal American with Disabilities Act (a separate federal lawsuit is already being filed as well) but they also violate Californian law which states that any violation of the ADA is considered a civil rights violation

and subject to a minimum statutory penalty of $4,000, plus attorney's fees because California has already set its own accessibility requirements in the California Building Code which this court has jurisdiction over." While the wording for the federal complaint varies and states that, "The policies of Country Club Villa Apartments violate not just the Federal American with Disabilities Act… but they also violate Californian law which states that any violation of the ADA Title III is considered a civil rights violation and subject to a minimum statutory penalty of $4,000, plus attorney's fees because California has already set its own accessibility requirements in the California Building Code which this court has jurisdiction over." The main difference is that in the state court lawsuit, the plaintiff is seeking strictly any remedies the STATE can provide as where in the federal complaint the plaintiff is seeking any FEDERAL remedies that are covered under ADA Title III. ADA Title III is never mentioned in the state lawsuit. However, if the federal court wishes for the plaintiff to drop his state claim, despite having every right to file a state claim, the plaintiff will do so and only pursue the federal claim. This would be done since the American with Disabilities Act is a federal statute in which the federal court more than has enough jurisdiction, which the Defendants' are erroneously contending the federal court does not – which is ridiculous.

2. Defendants' second claim for dismissal is as they put it, "The purpose of this rule barring claim-splitting serves to protect the party from being harassed by repetitive actions based on the same claim, and promotes judicial economy and convenience." First of all, who is the one being harassed? The plaintiff did not want a lawsuit in the first place. The plaintiff on many occasions tried to deescalate the situation at Country Club Villa Apartments where he lived. Plaintiff sent out letter after letter and email after email to deescalate the situation and evidence will be attached. The lawsuits only began after plaintiff and his 81 year old

marine veteran and 72 year old mother were denied adequate handicap parking access, evicted, and threatened with restraining orders (of which defendants never followed through on knowing there was no harassment and would never win any protection orders against the plaintiff). They balked. Furthermore, the plaintiff is poor and the defendants' are rich. If anything, the plaintiff is the one suffering from judicial economy and convenience. However, plaintiff understands that as a pro-se litigant, there isn't much justice to be found anyways without a lawyer as where the rich and the powerful can afford justice. It's unfortunate for all pro-se litigants but it's the reality of the judicial court system. Nonetheless, the plaintiff has faith in Honorable Virginia K. DeMarchi to do her due diligence and give all pro-se litigants a chance at fighting for justice.

3. Finally, Defendants' claim that there is another identical case being judicated in state court. THEY HAVEN'T EVEN FILED AN ANSWER in that case – 4 months late. The Judge told Defendants' to file an answer within 10 days to plaintiff's complaint at a hearing on Sept. 14th. They still haven't. Defendants' aren't taking that court or plaintiff serious and didn't even attach a proposed answer which is required when they applied to vacate a default judgment in that case. They're committing these same shenanigans with this federal court. No proposed answer was even filed with their wish for dismissal despite it being due. The State Senator Dave Cortese and his Country Club Villa Apartments believe they are above the law and don't have to follow the rules of answering a complaint in either case. This one or the state one. Perhaps they are above the law. We'll see. But I've never seen a case where Defendants' refuse to answer a complaint in state or federal court when they have been sued legitimately and are required to provide a proposed answer with any motion they make on day that a Default Entry would have otherwise been filed. Plaintiff is still going to file for Default Entry of Judgment

since no Proposed Answer has been filed with the court, but was due on Oct. 12th, 2023.

October 12th, 2023

/s/ *Erik Estavillo*

I'm writing this letter in reference to the parking situation that has occurred with me parking outside the country club villa main apartment complex, in the visitor zone. There are always cars parked in that area next to the security small building as well as across the street. If for some reason I'm unable to park

there I can't understand why as I'm on permanent disability and you will not allow a third sticker to be put on a car. This limits where I can park as now I have to park outside of the main complex and I am unable to wake up at 8:30am every morning to move the car. My whole family here is on disability. My ailing

father, 80, who has paid the rent on time for the last 20 years cannot move the car. My ailing mother, 70, cannot either at this time of day. This is a new car. My dad needs to use this car for medical and doctor visits as well. Also, my Crohn's disease is a rough illness, so I need this car for the same reason. As hard as it

is for me to walk everyday as I try to do to my car, which is parked far away from me in the visitor section or the bank in order to move it, it's becoming a troubling process. I formally request your permission to continue parking in the visitor lot any time of day or to be granted a third sticker so I can park closer to my

house as I am on full disability. I'm doing all this in good faith before anything escalates any further. I'd prefer to deescalate the situation now if at all possible. If granted, my dad told me he'd continue renting here for the next 10 years.


Thank you in advance,
Erik Estavillo



**Resolution to being denied reasonable disability parking access.** Aol/Sent

From: webbbnet@aol.com <webbbnet@aol.com>
To: info@countryclubvilla.net
Fri, Jun 16 at 1:06 PM

Dear Country Club Villa Apartments,

   Being officially disabled, all I ever wanted was to be able to park close to my apartment. That has been denied since you would not allow more than 2 parking stickers and we have 3 cars and the owner of each vehicle is disabled. I obliged at first by parking in the visitor section or at Bank of America which is a much further distance than I should have to walk. So I filed a lawsuit and filmed myself serving it to you in the main office where you called the police out of spite. However, they agreed with me and said I could film in the office because I was a tenant who was serving legal documents and that I wanted proof you had received these legal documents. I still retain this video and will show it at court. I wasn't being loud or disturbing the peace as the officers agreed, and in their words, said, "there's nothing we can do here." However, you continued to escalate the situation by calling the police a 2nd time after you told my 80 year old Vietnam veteran dad that you wouldn't even talk to him. It's sad to see something as simple as a parking spot escalate like this; however, I will voluntarily abide to not enter the office again despite you having no restraining order and me still retaining the right to film myself in the public areas of where I live and also retaining the right to film inside the office when I am conducting legal business and video taping proof of service. Nonetheless, I will voluntarily stay out of the main office and I will only further communicate through emails as you requested to de-esclate the situation. I will not be back at the office again.


Sincerely,
Erik Estavillo
Tenant of 3284





Erik Estavillo
3284 Cortese Circle
San Jose, CA. 95127
(408) 593-1226
webbbnet@aol.com

**Electronically Filed
by Superior Court of CA,
County of Santa Clara,
on 10/10/2023 5:07 PM
Reviewed By: B. Roman-Antunez
Case #23CV417418
Envelope: 13261999**

SUPERIOR COURT OF THE STATE

OF CALIFORNIA COUNTY OF SANTA CLARA

| | |
|---|---|
| ERIK ESTAVILLO,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>SENATOR DAVE CORTESE, COUNTRY CLUB VILLA APARTMENTS<br><br>　　　Defendants. | CASE NO. 23CV417418<br><br>Plaintiff's Motion to Compel Defendants to Answer Complaint 4 months late.<br><br>Judge: Hon. Socrates Manoukian |

　　　Plaintiff herein submits his Motion to Compel the Defendants' Senator Dave Cortese

and Country Club Villa Apartments to answer his lawsuit complaint – which is 4 months late.

The defendants are deciding to not take this court or the plaintiff seriously enough to even file

an answer, but rather to ignore all rules of this court after a default entry was vacated. Default

entry now seems more appropriate since the defendants still haven't filed an answer even

after the Judge told them to 10 days from their court appearance Sept. 14th – almost more than a

month ago. The defendants believe they are above the law, especially since one is a State

Senator. But they are not. This court is treating them like they are above the law which isn't

appreciated and enforcing their bad behavior by vacating the default entry proves that.

Furthermore, by pandering to defendants' willingness to ignore filing an answer and/or following other civil state court procedures without consequence (which the court is allowing since one of the defendants' is a State Senator), seems not only to the Plaintiff, but also to the public, to be highly unreasonable. But this is also expected given the State Senator's status with the court. Lastly, since the plaintiff's cat was poisoned and consequently murdered by Senator Dave Cortese and his Country Club Villa Properties through knowingly spraying so much pesticide to kill a horse near the plaintiff's apartment, the plaintiff will be providing medical records and evidence of this. The defendants' are vengeful, evil people who will kill a cat out of spite. It's no wonder they haven't answered the complaint in 4 months – they're scared to. Let them speak their side of the case, right or wrong. Defend yourself, attack me, make your points, shoot down mine, ask for attorney fees – but don't ignore this court or the lawsuit complaint for nearly half a year when civil procedure requires a defendant to answer a lawsuit WITHIN 30 DAYS. Defendants' are making a mockery of this court system and this is starting to become a joke.

October 10th, 2023

                                                  /s/ *Erik Estavillo*


**ANTECH**
800.872.1001

**Superchem w/SDMA | Complete Blood Count | T4**

**All Critters Pet Hospital**
9339 Rosedale Hwy Ste H, Bakersfield, CA, 93312, USA

**Dr. Singh**

| | | |
|---|---|---|
| Received 9/2/2023 | Reported 9/2/2023 | Accession# IRMN03375146 |

| | Patient Name **Mittens** | Owner **Estavillo** | Species **Feline** | Breed | Sex **SF** | Age **12Y** | Patient ID **12216** |
|---|---|---|---|---|---|---|---|

| Test Requested | Results | Adult Reference Interval | Units |
|---|---|---|---|
| **Superchem w/SDMA** | | | |
| TOTAL PROTEIN | 6.5 | 5.2-8.8 | g/dL |
| ALBUMIN | 3.5 | 2.5-3.9 | g/dL |
| GLOBULIN | 3.0 | 2.3-5.3 | g/dL |
| A/G RATIO | 1.2 | 0.35-1.5 | |
| AST (SGOT) | 27 | 10-100 | IU/L |
| ALT (SGPT) | 52 | 10-100 | IU/L |
| Alk Phosphatase | 68 | 6-102 | IU/L |
| GGT | 1 | 1-10 | IU/L |
| Total Bilirubin | 0.1 | 0.1-0.4 | mg/dL |
| BUN | 28 | 14-36 | mg/dL |
| Creatinine | 1.2 | 0.6-2.4 | mg/dL |
| SDMA | 17.3 (Mild Inc.) | <15.0 | UG/dL |

A mild increase in SDMA (15.0-20.0 ug/dL in cats and 14.0-16.0 ug/dL in dogs) should be interpreted in light of the patient's history, clinical presentation and hydration status. Some non-renal conditions may cause a mild increase in SDMA. Refer to the Antech SDMA algorithm for further guidance. It is recommended to recheck SDMA and creatinine in 2-4 weeks to assess for persistence of trends in SDMA.

To access the SDMA algorithm, please visit: https://tinyurl.com/4ypuxfuw

| | | | |
|---|---|---|---|
| BUN/CREAT RATIO | 23 | 4-33 | |
| PHOSPHORUS | 4.1 | 2.4-8.2 | mg/dL |
| Glucose | 96 | 64-170 | mg/dL |
| CALCIUM | 9.4 | 8.2-10.8 | mg/dL |
| MAGNESIUM | 2.5 | 1.5-2.5 | mEq/L |
| SODIUM | 152 | 145-158 | mEq/L |
| POTASSIUM | 3.5 | 3.4-5.6 | mEq/L |
| **NA/K RATIO** | **43 (HIGH)** | **32-41** | |
| CHLORIDE | 121 | 104-128 | mEq/L |
| CHOLESTEROL | 91 | 75-220 | mg/dL |
| TRIGLYCERIDE | 31 | 25-160 | mg/dL |
| AMYLASE | 525 | 100-1,200 | IU/L |
| PrecisionPSL | 9 | 8-26 | U/L |

Acute pancreatitis is unlikely. Chronic pancreatitis is not excluded by a normal PrecisionPSL.

| | | | |
|---|---|---|---|
| **CPK** | **750 (HIGH)** | **56-529** | IU/L |

| Test Requested | Results | Adult Reference Interval | Units |
|---|---|---|---|
| **Complete Blood Count** | | | |
| WBC | 6.1 | 3.5-16.0 | 10^3/uL |
| RBC | 8.2 | 5.92-9.93 | 10^6/uL |
| HGB | 12.4 | 9.3-15.9 | g/dL |
| HCT | 39 | 29-48 | % |
| MCV | 48 | 37-61 | fL |
| MCH | 15.1 | 11-21 | pg |
| MCHC | 32 | 30-38 | g/dL |
| Platelet Count | 246 | 200-500 | 10^3/uL |
| Platelet Estimate | Adequate | | |

| Differential | Absolute | % | | |
|---|---|---|---|---|
| Neutrophils | 3,660 | 60 | 2,500-8,500 | /uL |
| Bands | | 0 | 0-3 | |
| Lymphocytes | 1,647 | 27 | 1,200-8,000 | /uL |
| Monocytes | 244 | 4 | 0-600 | /uL |
| Eosinophils | 549 | 9 | 0-1,000 | /uL |
| Basophils | 0 | 0 | 0-150 | /uL |

| Test Requested | Results | Adult Reference Interval | Units |
|---|---|---|---|
| **T4** | | | |
| T4 | 2.3 | 0.8-4.0 | ug/dL |


800.872.1001

**CBC Small Mammalian | Mammalian Comprehensive Chemistries | Urinalysis-Complete**

**All Critters Pet Hospital**
9339 Rosedale Hwy Ste H, Bakersfield, CA, 93312, USA

**Dr. Singh**

| | Received | Reported | Accession# |
|---|---|---|---|
| | 9/2/2023 | 9/2/2023 | IRAV00685548 |

| Patient Name | Owner | Species | Breed | Sex | Age | Patient ID |
|---|---|---|---|---|---|---|
| **Hayden** | Merza | Lagomorph | Rabbit | M | 4Y | N |

| Test Requested | Results | | Adult Reference Interval | Units |
|---|---|---|---|---|
| **CBC Small Mammalian** | | | | |
| WBC | 7.4 | | 3.1-9.7 | 10^3/uL |
| WBC count estimated from smear. | | | | |
| HCT | 34 | | 33-45 | % |
| Verified by Microhematocrit Method | | | | |
| RBC Comment | NORMAL | | | |
| Platelet Estimate | Adequate | | | |
| | | | | |
| **Differential** | **Absolute** | **%** | | |
| Heterophils | 3,700 | 50 | 955-4,458 | /uL |
| Bands | | 0 | 0-3 | |
| Lymphocytes | 3,256 | 44 | 669-7,629 | /uL |
| Monocytes | 296 | 4 | 0-670 | /uL |
| **Eosinophils** | **148 (HIGH)** | 2 | **0-125** | /uL |
| Basophils | 0 | 0 | 0-376 | /uL |
| Comment | | | | |
| Blood smear reviewed by technologist. | | | | |

| Test Requested | Results | Adult Reference Interval | Units |
|---|---|---|---|
| **Mammalian Comprehensive Chemistries** | | | |
| TOTAL PROTEIN | 6.2 | 5.3-7.0 | g/dL |
| **ALBUMIN** | **3.5 (LOW)** | **3.8-4.8** | g/dL |
| **GLOBULIN** | 2.7 | 1.4-2.9 | g/dL |
| **SGOT(AST)** | **677 (HIGH)** | **11-36** | IU/L |
| **SGPT (ALT)** | **210 (HIGH)** | **22-83** | IU/L |
| ALK PHOS | 32 | 22-119 | IU/L |
| T. BILIRUBIN | 0.1 | 0.0-0.2 | mg/dL |
| **BUN** | **63 (HIGH)** | **12-25** | mg/dL |
| **CREATININE** | **3.0 (HIGH)** | **0.7-1.4** | mg/dL |
| **PHOSPHORUS** | **8.0 (HIGH)** | **2.4-5.5** | mg/dL |
| GLUCOSE | 93 | 87-271 | mg/dL |
| CALCIUM | 12.4 | 12.2-16.3 | mg/dL |
| SODIUM | 143 | 137-149 | mEq/L |
| POTASSIUM | 5.6 | 4.0-5.8 | mEq/L |
| CHLORIDE | 103 | 100-112 | mEq/L |
| CHOLESTEROL | 72 | 19-77 | mg/dL |
| **CPK** | **148,095 (HIGH)** | **205-1,450** | IU/L |

| Test Requested | Results | Adult Reference Interval | Units |
|---|---|---|---|
| **Urinalysis-Complete** | | | |
| Collection Method | Natural Voiding | | |
| Color | Dark Yellow | | |
| Appearance | TURBID | | |
| Specific Gravity | 1.025 | 1.003-1.051 | |

| | | | |
|---|---|---|---|
| pH | 9.0 | 7.6-9.0 | |
| Protein | 3+ | NEG TO TRACE | |
| Glucose-Strip | NEGATIVE | NEG TO TRACE | |
| Ketones | NEGATIVE | NEGATIVE | |
| Bilirubin | NEGATIVE | NEGATIVE | |
| Occult Blood | 2+ | NEGATIVE | |
| WBC | NONE | 0-3 | HPF |
| Casts | NONE SEEN | NONE SEEN | LPF |
| Amorphous Phosphate Crystals | 2-3 | | HPF |
| Calcium Carbonate Crystals | 11-20 | | HPF |
| Bacteria | Rods 51-100 | NONE SEEN | HPF |
| Verified by Wright's stain Culture is the preferred test for verifying viable bacteriuria. | | | |
| Epithelial Cells | NONE SEEN | | HPF |

# Radimal

## Report for: Mittens

### Case History

**4 image(s) - P is not eating and not using the restroom for 2 weeks. P has been using antibiotic.**

All Critters
Requested   September 01, 2023 8:47PM
Completed   September 02, 2023 8:02PM

| | |
|---|---|
| Age | Unknown |
| Birthdate | 2011-01-01 |
| Breed | Dsh |
| Gender | Female |
| Neutered | No |
| Species | Cat |
| Weight | 0.0Lbs |

### Found

**Splenomegaly - Spleen**
Likely

**Functional ileus - Gastrointestinal**
Likely

**Hip osteoarthritis - Musculoskeletal**
Likely

### Checked

**Cardiovascular**
Normal

**Respiratory**
Normal

**Mediastinum**
Normal

**Pleural space**
Normal

**Hepatobiliary**
Normal

**Urogenital**
Normal

**Peritoneal space**
Normal

### Patient Images



  

4 images

### Clinical Notes

Opposite lateral and ventrodorsal whole body radiographs (4 images) dated September 1, 2023.

The cardiac silhouette is normal in size and shape with a fair amount of pericardial fat surrounding it. The pulmonary vasculature and great vessels are within normal limits. The pulmonary parenchyma is unremarkable with no nodules, infiltrates, or other pathology detected. No intrathoracic lymphadenopathy is present. The trachea is normal in diameter and course with gas filling its lumen. The mediastinum, pleural space, and diaphragm are normal. The midthoracic esophagus is mildly distended with gas on both lateral views.
The liver is unremarkable in size and shape. The spleen is prominent in size on the VD projection, and the tail is visible on the right lateral view. The stomach contains a scant volume of gas. The small intestine is diffusely and predominantly gas-filled with broad ropelike turns in its course to give it a more spread-out distribution than is typical. The colon contains a small amount of formed stool. Both kidneys are normal in size and shape. The

urinary bladder is mildly distended with fluid opacity and has a pointed cranial apex on both lateral views. Retroperitoneal and peritoneal detail are normal. No regional lymphadenopathy is evident.

Mild lumbosacral disc space narrowing is noted. Both hips have mild periarticular bony remodeling affecting them with flared acetabular rims. No aggressive osseous lesions are identified.

Conclusions:
1. Atypical gas-distended small intestine is concerning for enteritis in a functional ileus.
2. Prominent spleen is concerning for splenomegaly. Rule out benign causes (sedation if applicable, extramedullary hematopoiesis, lymphoid hyperplasia) vs. infiltrative round cell neoplasia vs. least likely infectious splenitis (FIP, Mycoplasma, least likely histoplasmosis).
3. Pointed apex of the urinary bladder likely represents a prominent urachal band or persistent urachal remnant. Clinical significance of this finding is unknown, and although it suspected to be a benign/incidental finding, a small diverticulum can result in a urinary tract infection.
4. Normal thorax.
5. Mild hip osteoarthritis and lumbosacral intervertebral disc disease.

Recommendations:
Supportive care with fluid rehydration, antiemetics, gastroprotectants/omeprazole, and bland diet. Discontinuation of the antibiotic could be considered as the cause for use is not included and it may be having a detrimental negative gastrointestinal effect. General health profile (CBC, chemistry, FeLV/FIV UA [via cysto], fecal), systemic blood pressure evaluation, +/- fPLI could be considered to screen for underlying causes.  Abdominal ultrasound could also be considered.

**Kreig Embriano, VMD, DACVR**

visit us at radimal.ai

Questions about this report? Please send us an email or chat us from the radimal.ai website and we'll get back to you as soon as possible.