Erik Estavillo
3284 Cortese Circle
San Jose, CA. 95127
(408) 593-1226
webbbnet@aol.com

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK ESTAVILLO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SENATOR DAVE CORTESE, COUNTRY CLUB VILLA APARTMENTS<br><br>　　　　Defendants. | CASE NO. 5:23-cv-04032-VKD<br><br>MOTION FOR DEFAULT JUDGEMENT<br><br>Judge: Hon. Virginia K. Demarchi |

　　　Plaintiff, Erik Estavillo, in pro se, respectfully moves this Honorable Court for entry of default judgment against Defendants, Senator Dave Cortese and Country Club Villa Apartments, for the reasons set forth below:

　　　1.　　On August 9th, 2023, Plaintiff filed Complaint against Defendants in the United States District Court – Northern District of California, alleging the Defendants violated plaintiff's civil rights protected under the American with Disabilities Act Title III.

2. Defendants were properly served with a copy of the complaint and summons on September 21st, 2023 by US Marshals but have failed to file an answer or even provide a proposed answer on the due date and/or otherwise defend their case.

3. As a result, Defendants are in default and the Plaintiff is entitled to have judgment ruled in his favor in accordance to what he is seeking in Prayer for relief.

4. The Complainant is willing to seek being compensated for even just 1/10 portion of their monetarily and punitive damages and/or any other relief the Court deems just and proper.

WHEREFORE, Plaintiff respectfully requests this Honorable Court enter default judgment against Defendant in the amount of $1,000,000 and award any other relief deemed just and proper.

Respectfully submitted,
Erik Estavillo

14707 Huckleberry Dr
Bakersfield, CA. 93314
408-593-1226
webbbnet@aol.com