UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIK ESTAVILLO,<br><br>            Plaintiff,<br><br>    v.<br><br>DAVE CORTESE, et al.,<br><br>            Defendants. | Case No. 23-cv-04032-VKD<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE** |

On July 16, 2024, the Court re-set the deadline for Mr. Estavillo to file an amended complaint to August 6, 2024.  Dkt. No. 46.  The Court's order stated that Mr. Estavillo's "failure to comply with court-ordered deadlines may result in the dismissal of this case for his lack of attention to it and failure to prosecute this matter."  *Id*.  The docket indicates that Mr. Estavillo has not filed an amended complaint.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases."  *Link v. Wabash R.R. Co*., 370 U.S. 626, 629-33 (1962).  By **August 23, 2024**, Mr. Estavillo shall file a written response to this order explaining why this action should not be dismissed for his failure to prosecute his case.  If Mr. Estavillo does not respond to this order by the August 23, 2024 deadline, the Court will dismiss this action without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated:  August 9, 2024

Virginia K. DeMarchi
United States Magistrate Judge